```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NADINE FRANCIS, et al.      :    CIVIL ACTION
                            :
          v.                :
                            :
JOSEPH HARMON, et al.       :    NO. 13-6009
```

ORDER

AND NOW, this 13th day of February, 2014, upon consideration of the defendant Richard Barth's motion for partial dismissal of the plaintiffs' complaint (Doc. No. 5), and the opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is DENIED.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```